United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1275

_____

Carmen C. Reul,                                    *
                                                   *
            Appellant,                             *
                                                   *       Appeal from the United
      v.                                           *       States District Court for
                                                   *       the District of Minnesota.
Manpower International, Inc.,                       *
                                                   *           [UNPUBLISHED]
            Appellee.                              *

_____

Submitted: November 17, 1997
    Filed: November 26, 1997

_____

Before BOWMAN, LAY, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Carmen C. Reul appeals from a summary judgment entered by the District Court[1] in favor of Manpower International, Inc., a temporary employment agency and the defendant in Reul's action under the Americans with Disabilities Act and the Minnesota Human Rights Act. Having reviewed the case, we are satisfied the District Court properly concluded that Reul failed to come forward with sufficient evidence to create a question of fact as to whether Manpower's legitimate, non-discriminatory reasons for

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

not placing her in any positions were a pretext for unlawful discrimination.  Summary judgment thus was correctly entered.

The judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.